NORMAN J. WATKINS – SBN 87327
nwatkins@lynberg.com
SHANNON L. GUSTAFSON – SBN 228856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants County of Orange and Sheriff Hutchens

ADAM CLANTON – SBN 235128
Adam.Clanton@coco.ocgov.com
OFFICE OF THE COUNTY COUNSEL
333 W. Santa Ana Blvd., Suite 407
Santa Ana, CA 92701
(714) 834-3300 Telephone
(714) 834-2359 Facsimile

Attorneys for Defendants County of Orange and Sheriff Hutchens

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALGADO,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF SANDRA HUTCHENS, COUNTY OF ORANGE, DOES 1-20,<br><br>Defendant. | CASE NO. SACV14-2068 CJC (DFMx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Cormac J. Carney – Crtrm 9B*<br><br>**JUDGMENT** |

1
**[PROPOSED] JUDGMENT**

The arguments having been presented and fully considered, and in accordance with the Court's March 16, 2015 order granting Defendants' Motion to Dismiss:

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff RAFEAL SALGADO ("Plaintiff") shall recover nothing from Defendants COUNTY OF ORANGE and SHERIFF HUTCHENS;

2. Defendants COUNTY OF ORANGE and SHERIFF HUTCHENS shall have judgment in his favor against Plaintiff; and

3. Defendants COUNTY OF ORANGE and SHERIFF HUTCHENS shall recover from Plaintiff their costs of suit.

**IT IS SO ORDERED.**

DATED: March 19. 2015

By: _____
**HON. CORMAC J. CARNEY**
United States District Judge